In the Matter of the Arbitration between L. N. JACKSON & CO., INC., Respondent, and COMPANIA GASOLIBA SOC. ANON., Appellant.

Submitted October 5, 1953; decided October 22, 1953.

*Copal Mintz* for motion.
*M. Mac Schwebel* for appellant.

Motion withdrawn.